

## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of North America
The North Gate

### UNITED STATES SUPREME COURT
District of New Jersey
District Court of the United States

### UNITED STATES CONSTITUTION FOR THE REPUBLIC – NORTH AMERICA (AMEXEM)

AUSET EL, Authorized Representative,
Natural Person; In Propria Persona, Sui Juris, ex rel.
TACHI CARDONA-RAPHAEL,

Plaintiff,

vs.

ORACLE FINANCIAL SERVICES SOFTWARE INC., a
Delaware Corporation, CAFO BOGA, PHILIP GRODER,
BALA HARIHARAN, SHAHAB ALAM, its agents,
assignees, officials, officers, JANE and JOHN DOES 1-10,
et. al.,

Defendant(s).

AFFIDAVIT TO PROCEED
*IN FORMA PAUPERIS*

09-4405(DMC)

2009 AUG 27  9:22   U.S. DISTRICT COURT

1. I, Auset El, Natural Person, In Propria Persona, Sui Juris (not to be confused with, nor substituted by, Pro Se by unauthorized hand of another), depose and state, I am the plaintiff in this matter, an Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America.

2. As an indigent litigant, I hold NO LEGAL ASSESTS, and/or anything tangible or intangible which is in my possession which can be applicable to the payment of a debt and/or converted into lawful money, nor which can be used and/or available to be used, for the payment of debts (Blacks Law Dictionary, 1951), such as court fees and/or costs.

3. As an indigent litigant, I petition, in good faith, a court order waiving court fees and costs due to the inability to provide for my family and myself and pay for fees and/or costs to proceed at law.

4. The Constitution protects a citizen's right to access the courts, therefore, litigants cannot be barred from accessing the courts because they are too poor to afford legal fees. Forcing indigent litigants to pay a required legal fee when the litigant has no means to do so is the same as effectively barring that person from being heard in court. This would be a violation of at least that person's rights under the First and Fifth amendments, which bestow the rights of freedom of speech and the right to due process.

5. I have substantial and valid reasons for pursuing this action, therefore my complaint at law is attached hereto.

6. I understand any false statement of a material fact may serve as a basis for prosecution for perjury.

## Notice

Using a notary on this Affidavit to Proceed In *Forma Pauperis* does not constitute any adhesion, nor does it alter the status of the above referenced aboriginal, indigenous and de jure Moorish American National, of the several states status, in any manner. The purpose for notary is verification and identification only and NOT for entrance into any foreign jurisdiction. A benefit for the Pagans and Heathens so they whom We pray may become more knowledgeable in the truth for the Law by the Almighty Creator and repent, so they will no longer be alienated from their true God, The Almighty Creator of the Cosmos.

## Jurat

County of Essex        ]
                       ] ss:
New Jersey state Republic  ]

Subscribed and affirmed before me this _27th_ day, in the month of August, in the year of Two Thousand and Nine (2009).

_____
Notary

My Notary Expires _Nov 18, 2010_

```
ROCIO J NIETO
Notary Public
State of New Jersey
My Commission Expires Nov 18, 2010
```

2
Affidavit to Proceed *In Forma Pauperis*
El v. Oracle, *et al.*