AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

AUSET EL,

        Plaintiff,

V.

ORACLE FINANCIAL SERVICES SOFTWARE, INC., et al.,

        Defendants.

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Case Number: 09-4405(DMC)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐ GRANTED, and

☐ The clerk is directed to file the complaint, and

☐     IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____
_____
_____

☐ and the Clerk is directed to close the file.
Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this _____ day of _____, 2009

_____
Signature of Judicial Officer

_____
Name and title of Judicial Officer